IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STAN TITUS COLTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00039-TES-TQL |
| | * |
| WARDEN BENJAMIN FORD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of January, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk